

Monitoring Analytics, LLC
2621 Van Buren Avenue, Suite 160
Valley Forge Corporate Center
Eagleville, PA 19403
Phone: 610-271-8050
Fax: 610-271-8057

**VIA FEDEX**

April 16, 2018

Hon. Mark J. Langer
Clerk of the Court
United States Court of Appeals
for the District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2866

Re:     <u>New Jersey BPU, et al. v. FERC, 17-1101 et al.</u>

Dear Mr. Langer:

Pursuant to Circuit Rule 34, please find attached a graphical exhibit that petitioners request the Court's permission to use as a speaking aide during oral argument scheduled for Monday, April 23, 2018. Use of this simple exhibit is justified because petitioners believe that it will assist the Court in following mathematical relationships that are essential to understanding petitioners' argument on a key issue presented in this case.

This exhibit would be poster sized and require an easel. Petitioners plan to bring such an easel unless the Court indicates that it has an easel available.

Please call the undersigned at (610) 271-8053 if you have any questions.

Sincerely,

*[signature: Jeffrey Mayes]*

Jeffrey W. Mayes
General Counsel

# ATTACHMENT

**CERTIFICATE OF SERVICE**

Pursuant to Circuit Rule 25, I hereby certify that I have this day served a copy of the foregoing documents electronically through the Court's CM/ECF system upon each person designated on the official service list in this case generated by such system.

Dated at Eagleville, Pennsylvania, this 16th day of April, 2018.

Respectfully submitted,

Jeffrey W. Mayes
General Counsel
Monitoring Analytics, LLC
2621 Van Buren Avenue, Suite 160
Eagleville, Pennsylvania 19403
(610) 271-8053
*jeffrey.mayes@monitoringanalytics.com*

# Congestion Revenue

